**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY JOSUE NAVARRO,<br>Defendant. | Case No.: 26CR3032-LL<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing, the Motion to Dismiss the Information Without Prejudice is GRANTED.

The Court HEREBY ORDERS:

That the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: September 8, 2026

HON. LINDA LOPEZ
UNITED STATES DISTRICT JUDGE